Opinion by KEEFE, J. The evidence fully established that the reimported article was the identical blower exported for repairs and the protest was sustained.

**No. 45905.**—Protest 37774–K of Henry Obre (Tampa).

Opinion by KEEFE, J. The protest was dismissed as premature.

**No. 45906.**—Protest 44062–K of Tom Kaneda (Honolulu).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 45907.**—Protest 53870–K of W. F. Collins & Co., Inc. (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

**No. 45908.**—Protests 8039–K, etc., of Picker-Linz Importers, Inc., et al. (Baltimore, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45909.**—Protests 19704–K, etc., of Davies Turner & Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45910.**—Protests 2337–K, etc., of F. S. Sakamaki et al. (Honolulu, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45911.**—Protests 53416–K, etc., of Hawley & Letzerich et al. (Galveston, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45912.**—Petition 6046–R of J. G. Philen, Jr., Co. (San Antonio).

Opinion by KEEFE, J. The petition was dismissed.

BEFORE THE FIRST DIVISION, MAY 23, 1941

**No. 45913.**—Protests 918903–G, etc., of Aargol Import Corp. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of wool hat bodies similar to those the subject of *Cohn v. United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.